UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v. CASE NO. 8:23-CR-308-WFJ-AEP

KEVIN KUTINA

# VERDICT

1. **Count One of the Indictment**

As to the offense of conspiracy to commit wire fraud, in violation of 18 U.S.C. § 1343,

We, the Jury, find the defendant, KEVIN KUTINA:

Guilty ✓ Not Guilty ______

2. **Count Two of the Indictment**

As to the offense of wire fraud, in violation of 18 U.S.C. §§ 1343 and 2,

We, the Jury, find the defendant, KEVIN KUTINA:

Guilty ✓ Not Guilty ______

2. **Count Three of the Indictment**

As to the offense of major fraud, in violation of 18 U.S.C. §§ 1031 and 2,

We, the Jury, find the defendant, KEVIN KUTINA:

Guilty ✓ Not Guilty ______

SO SAY WE ALL, this 4 day of ~~October~~ November, 2026.

[redacted]

FOREPERSON